| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Park Eastside Properties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Downtown Realty Operating Corp.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. **or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all): **13-3951726** | Last four digits of Soc. Sec. **or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN** (**if more** than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **180 Broadway / Suite 403 New York, NY** ZIP CODE **10038** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **19 East 108th Street New York, NY**  ZIP CODE **10029**

| Type of Debtor (Form of Organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other <u>**Real Estate Operating**</u> | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |

| | **Tax-Exempt Entity** (Check box, if applicable.) | **Nature of Debts** (Check one box.) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Park Eastside Properties, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

# Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Park Eastside Properties, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Noson A. Kopel (NK3758)
Signature of Attorney for Debtor(s)
**Noson A. Kopel**
Printed Name of Attorney for Debtor(s)
**Bronstein, Gewirtz & Grossman, LLC**
Firm Name
**60 East 42nd Street, Suite 4600**
Address **New York, NY 10165**

_____

Telephone Number
**2126976484**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Howard Levi
Signature of Authorized Individual
**Howard Levi**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**01/03/2010**
Date

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re  **Park Eastside Properties, Inc.** ,                )     Case No. _____

　　　　　　　　　　　　Debtor                         )

　　　　　　　　　　　　　　　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　　　　　　　　)     Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

　　1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **N/A**_____ .

　　2. The following financial data is the latest available information and refers to the debtor's condition on **1/3/2010**_____ .

|  |  |  |
|---|---|---|
| a. Total assets | $ | **5,532,500.00** |
| b. Total debts (including debts listed in 2.c., below) | $ | **2,957,592.71** |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| secured ❑ | unsecured ❑ | subordinated ❑ | $ _____ | _____ |
|---|---|---|---|---|
| secured ❑ | unsecured ❑ | subordinated ❑ | $ _____ | _____ |
| secured ❑ | unsecured ❑ | subordinated ❑ | $ _____ | _____ |
| secured ❑ | unsecured ❑ | subordinated ❑ | $ _____ | _____ |
| secured ❑ | unsecured ❑ | subordinated ❑ | $ _____ | _____ |

| d. Number of shares of preferred stock | 0 | 0 |
|---|---|---|
| e. Number of shares common stock | 200 | 1 |

　　Comments. if any:
**Debtor is owned by a sole shareholder.**

　　3. Brief description of debtor's business:
**Real estate holding and operating.**

　　4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Howard Levi**

## Unanimous Written Consent of Shareholders Authorizing Bankruptcy Filing

The undersigned, being the sole shareholder of Park Eastside Properties, Inc., attests by his signature below that all the shareholders of Park Eastside Properties, Inc. duly authorize the filing of a bankruptcy petition by Park Eastside Properties, Inc.. This unanimous written consent is in lieu of a corporate shareholders' meeting.

Dated: January 3, 2010

_____
Howard Levi, Sole Shareholder

## Unanimous Written Consent of Directors Authorizing Bankruptcy Filing

The undersigned, being the sole director of Park Eastside Properties, Inc., attests by his signature below that all the directors of Park Eastside Properties, Inc. duly authorize the filing of a bankruptcy petition by Park Eastside Properties, Inc.. This unanimous written consent is in lieu of a corporate directors' meeting.

Dated: January 3, 2010

_____
Howard Levi, Sole Director

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**


**DEBTOR(S):** Park Eastside Properties, Inc.,          **CASE NO.:**


I, Howard Levi, president of Park Eastside Properties, Inc. named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing corporate resolutions and that to the best of my information and belief, they are in full force and effect on the books and records of the corporation and properly authorize this bankruptcy filing.


Dated: January 3, 2010


_____/s/ Howard Levi_____
Howard Levi
President

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1007-2**


**DEBTOR(S):** Park Eastside Properties, Inc.,                **CASE NO.:**


Pursuant to Local Bankruptcy Rule 1007-2, the Debtor hereby makes the following

disclosures, to the petitioner's best knowledge, information and belief:

(a)

1.            Debtor is closely held, non-public corporation whose business is the

acquisition and operation of real estate in the City of New York.  In one attempted

transaction, Debtor placed a $2.5 million deposit with a counterparty for a real estate

purchase which did not close.  Counterparty has since sold the property to a third party

and refuses to return the deposit.  In an unrelated transaction, Debtor owns and operated

an apartment building at 19 East 108th Street, New York, NY.  Due to arrears, mortgagee

of Debtor has commenced foreclosure proceedings in state court and has had a receiver

appointed.  Receiver has failed to account to Debtor for monies received and disbursed,

and has wasted corporate assets in failing to rent vacant apartments, renting apartments

for below market, and otherwise failing to maximize the value of Debtors operations.

Debtor believes that the building, if properly managed, is a viable ongoing enterprise.

All of Debtor's other assets and liabilities are related to operation of the building at

19 East 108th Street, or fees related to other unsuccessful real estate acquisition attempts.

2.            This case was not commenced under chapter 7 or 13.  No trustee or creditors'

committee has been previously appointed.

3.            No committee has been organized prior to the filing of this case.

4.      For information on 20 largest unsecured claims, see Exhibit I attached hereto.

5.      Debtor has two holders of secured claims.

     A.    JPMorgan Chase Bank, N.A., 270 Park Avenue, 29th Floor, New York, NY 10017.  Claim for approximately $2,400,000.  Secured by the building at 19 East 108th Street, New York, NY.  Value of building estimated at $2,000,000.  The claimed lien of JPMorgan Chase is disputed.

     B.    Flatiron 21 Associates, LLC, c/o Buchanan, Ingersoll, & Rooney. P.C., 1 Chase Manhattan Plaza, 36th Floor, New York, NY 10005.  Claim for $3,512,500 consisting of $2,500,000 principle cash deposit, $1,012,500 accrued interest, and $98,896 for breach of contract costs partially secured by a cash deposit of $2,500,000 principle and $1,012,500 accrued interest. Flatiron's claim is disputed.

6.      Debtor's assets consists of 1) a deposit of a $2.5 million placed with a counterparty for a real estate purchase which did not close plus $1,012,500 in accrued interest, 2) an apartment building owned by the Debtor at 19 East 108th Street, New York, NY, worth approximately $2 million, and 3) $20,000 rent due Debtor from a single tenant.

Debtor's liabilities consist of a lien on the apartment building owned by the Debtor at 19 East 108th Street, New York, NY, and a claim by the counterparty holding the $2.5 million deposit.  Debtor's other liabilities of are incidental to the operation of the building at 19 East 108th Street, or fees related to other unsuccessful real estate acquisition attempts totaling $72,593 and loans from insiders totaling $485,000.

7.      No securities of the Debtor are publicly held.

8.	Possession of Debtor's building at 19 East 108th Street is currently held by a state court receiver, Arthur Harris, 25 Fifth Avenue, Apt. 2F, New York, NY 10003, 212-995-0597.  Mr. Harris serves by order of the Supreme Court of the State of New York, County of New York, in <u>JPMorgan Chase v. Park Eastside Properties, Inc., et al.</u> Index No. 601107/09.

9.	Debtor operates its business from space in its building at 19 East 108th Street. Debtor pays no rent for its use of space.

10.	Debtors major assets are:

A.	Apartment building located at  19 East 108th Street, New York, NY.

B.	Debtors' cash deposit held by Flatiron 21 Associates, LLC, c/o Buchanan, Ingersoll, & Rooney. P.C., 1 Chase Manhattan Plaza, 36th Floor, New York, NY 10005.

Debtor's books and records are held at:

19 East 108th Street, New York, NY, Apt. 1B and at 14 Nassau Drive, Great Neck, NY.

Debtor has no assets held outside the United States.

11.	JPMorgan Chase has commenced foreclosure proceedings on the building at 19 East 108th Street, New York, NY, in the Supreme Court of the State of New York, County of New York, in <u>JPMorgan Chase v. Park Eastside Properties, Inc. et al.</u> Index No. 601107/09.  A receiver has been appointed and has taken possession of the property.  These proceedings are in the motion stage - no discovery has yet taken place.

12.         Howard Levi, president, since formation, responsible for all corporate affairs.

            Raphael Levy, vice-president, newly appointed, responsible for corporate

            affairs as assigned by Howard Levi in his absence.

            Tamara Cohen, secretary, newly appointed, responsible for corporate affairs

            as assigned by Howard Levi in his absence.

(b)

1.          Debtor intends to continue to operate its business.  Debtor expects to pay the

            superintendent of the building at 19 East 108th Street, New York, NY a

            weekly salary of $92.31.  This is Debtor's only non-director employee.

2.          (A) Corporate Debtor will pay no salary to its officers, stockholders, or

            directors.

            (B) Debtor is not an individual or a partnership.

            (C) No financial or Business consultant has been retained  by Debtor.

3.          Schedule for 30 day receipts and expenditures; see Exhibit II attached

            hereto.

I, Howard Levi, president of Park Eastside Properties, Inc. named as the debtor in this

case, declare under penalty of perjury that I have read the foregoing **Statement Pursuant**

**To Local Bankruptcy Rule 1007-2, including Exhibits I and II attached thereto** and

that the information contained therein is true and correct to the best of my information

and belief.

Dated: January 3, 2010

                        _____/s/ Howard Levi_____
                        Howard Levi
                        President

# EXHIBIT I

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| JPMorgan Chase Bank, N.A. 270 Park Avenue, 29th Floor New York, NY 10017. | N/A | Mortgage Loan | Disputed | $2,400,000 Secured by building value $2,000,000 |
| Capin & Associates Inc. 57 West 38th Street New York, NY 10018 | (212) 727-9550 | Claim for brokerage fee | Disputed | $294,000 |
| Donovan & Giannuzzi 261 Madison Avenue New York, NY 10016 | Nick Donovan (212) 980-1900 | Claim for professional fees | Disputed | $200,000 |
| NYC Criminal Court 100 Centre Street New York, NY 10013 | N/A | Fines | Disputed | $20,000 |
| Internal Revenue Service 110 W. 44th St. New York, NY 10036 | (212) 436-1000 | Taxes | | $12,600 |
| Norman Kaplan 11 Great Neck Rd # 602 Great Neck, NY 11021 | Norman Kaplan (516) 487-4300 | Claim for professional fees | Disputed | $7,000 |
| Christian Fletcher 19 East 108th Street, 1RW New York, NY 10031 | Christian Fletcher | Tenant Security Deposit | | $6,692.71 |

| | | | | |
|---|---|---|---|---|
| Wagner, Francis, Richman, Ackerman<br>66 South Tyson Avenue<br>Floral Park, NY 11001 | Scott Ackerman<br>(516) 328-3800 | Claim for professional fees | Disputed | $5,000 |
| Northfork / Capitol One<br>176 Broadway<br>New York, NY 10038 | N/A | Bank overdraft loan | | $5,000 |
| Consoladated Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276 | N/A | Utilities | | $4,000 |
| Clark & Wilkins<br>1871 Park Avenue<br>New York, NY 10035 | (212) 534-5110 | Contracting work | Disputed | $4,000 |
| Flatiron 21 Associates, LLC<br>c/o Buchanan, Ingersoll,<br>& Rooney. P.C.<br>1 Chase Manhattan Plaza,<br>36th Floor<br>New York, NY 10005 | N/A | Breach of Contract | Disputed | $3,611,396<br>Secured by deposit and interest of $3,512,500 held by Flatiron |
| Veronica G. Lodrigueza<br>19 East 108th Street, 1FW<br>New York, NY 10031 | Veronica G. Lodrigueza | Tenant Security Deposit | | $2,800 |
| Sean Robert Pierre<br>19 East 108th Street, 3FE<br>New York, NY 10031 | Sean Robert Pierre<br>19 East 108th Street, 3FE<br>New York, NY 10031 | Tenant Security Deposit | | $1,550 |
| Stephanie Tigue<br>19 East 108th Street, 3FW<br>New York, NY 10031 | Stephanie Tigue<br>19 East 108th Street, 3FW<br>New York, NY 10031 | Tenant Security Deposit | | $1,550 |
| Angella Middleton<br>19 East 108th Street, 1RE<br>New York, NY 10031 | Angella Middleton<br>19 East 108th Street, 1RE<br>New York, NY 10031 | Tenant Security Deposit | | $1,550 |

| | | Tenant Security | |
|---|---|---|---|
| Scott Mckenzie | Scott Mckenzie | Deposit | $1,550 |
| 19 East 108th Street, 2RW | 19 East 108th Street, 2RW | | |
| New York, NY 10031 | New York, NY 10031 | | |
| | | Tenant Security | |
| Michael Samuel | Michael Samuel | Deposit | $1,550 |
| 19 East 108th Street, 3RW | 19 East 108th Street, 3RW | | |
| New York, NY 10031 | New York, NY 10031 | | |
| | | Tenant Security | |
| Hiedi Best | Hiedi Best | Deposit | $1,550 |
| 19 East 108th Street, 4RE | 19 East 108th Street, 4RE | | |
| New York, NY 10031 | New York, NY 10031 | | |
| | | Tenant Security | |
| Ryan Aiken | Ryan Aiken | Deposit | $1,550 |
| 19 East 108th Street, 5FE | 19 East 108th Street, 5FE | | |
| New York, NY 10031 | New York, NY 10031 | | |

# EXHIBIT II

### 30 DAY PROSPECTIVE INCOME AND EXPENDITURES

I . **CASH INCOME**

**Rents from apartments**............................................$20,000.00

II. **CASH DISBURSEMENTS**

**Con Edison, utilities**...................................................2,500.00

**Compensation to superintendent**.................................400.00

**Miscellaneous maintenance**......................................1,000.00

=======

**Total cash disbursements** ..........................................3,900.00

**Net cash gain**...........................................................16,100.00


III. **Accrued obligations (pro rated to monthly)**

**Real estate taxes** .......................................................10,000.00

**Insurance** ...................................................................900.00

**Water & sewer**............................................................900.00

=======

**Total accrued obligations** .......................................11,800.00


IV. **Accrued receivables (pro rated to monthly)**

**None**


**Net profit excluding payment on debt and professional fees**

....................................................................................4,300.00

**DEBTOR(S):** Park Eastside Properties, Inc.,               **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-3, the Debtor hereby makes the following

disclosures, to the petitioner's best knowledge, information and belief:

No corporation directly or indirectly owns 10% or more of any class of the Debtor's

equity interests.

Nor does Debtor directly or indirectly own 10% or more of any class of the equity

interests in any other corporation.

I, Howard Levi, president of Park Eastside Properties, Inc. named as the debtor in this

case, declare under penalty of perjury that I have read the foregoing **Statement Pursuant**

**To Local Bankruptcy Rule 1073-3** and that it is true and correct to the best of my

information and belief.

Dated: January 3, 2010

              /s/ Howard Levi
Howard Levi
President

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re    Park Eastside Properties, Inc.                    Case No. _____
         fka/ Downtown Realty Operating Corp.

                                                           Chapter 11

         Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

_____

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| JPMorgan Chase Bank, N.A. 270 Park Avenue, 29th Floor New York, NY 10017. | N/A | Mortgage Loan | Disputed | $2,400,000 Secured by building value $2,000,000 |
| Capin & Associates Inc. 57 West 38th Street New York, NY  10018 | (212) 727-9550 | Claim for brokerage fee | Disputed | $294,000 |

| Creditor | Contact | Claim | Status | Amount |
|---|---|---|---|---|
| Donovan & Giannuzzi<br><br>261 Madison Avenue<br>New York, NY 10016 | Nick Donovan<br><br>(212) 980-1900 | Claim for professional fees | Disputed | $200,000 |
| NYC Criminal Court<br>100 Centre Street<br>New York, NY 10013 | N/A | Fines | Disputed | $20,000 |
| Internal Revenue Service<br>110 W. 44th St.<br>New York, NY 10036 | (212) 436-1000 | Taxes | | $12,600 |
| Norman Kaplan<br><br>11 Great Neck Rd # 602<br>Great Neck, NY 11021 | Norman Kaplan<br><br>(516) 487-4300 | Claim for professional fees | Disputed | $7,000 |
| Christian Fletcher<br><br>19 East 108th Street, 1RW<br>New York, NY 10031 | Christian Fletcher | Tenant Security Deposit | | $6,692.71 |
| Wagner, Francis, Richman, Ackerman<br>66 South Tyson Avenue<br>Floral Park, NY 11001 | Scott Ackerman<br><br>(516) 328-3800 | Claim for professional fees | Disputed | $5,000 |
| Northfork / Capitol One<br><br>176 Broadway<br>New York, NY 10038 | N/A | Bank overdraft loan | | $5,000 |
| Consoladated Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276 | N/A | Utilities | | $4,000 |
| Clark & Wilkins<br>1871 Park Avenue<br>New York, NY 10035 | (212) 534-5110 | Contracting work | Disputed | $4,000 |
| Flatiron 21 Associates, LLC<br><br>c/o Buchanan, Ingersoll, & Rooney. P.C.<br>1 Chase Manhattan Plaza, 36th Floor<br>New York, NY 10005 | N/A | Breach of Contract | Disputed | $3,611,396<br><br>Secured by deposit and interest of $3,512,500 held by Flatiron |

| | | | |
|---|---|---|---|
| Veronica G. Lodrigueza<br><br>19 East 108th Street, 1FW<br>New York, NY 10031 | Veronica G. Lodrigueza | Tenant Security<br>Deposit | $2,800 |
| Sean Robert Pierre<br><br>19 East 108th Street, 3FE<br>New York, NY 10031 | Sean Robert Pierre<br><br>19 East 108th Street, 3FE<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Stephanie Tigue<br><br>19 East 108th Street, 3FW<br>New York, NY 10031 | Stephanie Tigue<br><br>19 East 108th Street, 3FW<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Angella Middleton<br><br>19 East 108th Street, 1RE<br>New York, NY 10031 | Angella Middleton<br><br>19 East 108th Street, 1RE<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Scott Mckenzie<br>19 East 108th Street, 2RW<br>New York, NY 10031 | Scott Mckenzie<br>19 East 108th Street, 2RW<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Michael Samuel<br>19 East 108th Street, 3RW<br>New York, NY 10031 | Michael Samuel<br>19 East 108th Street, 3RW<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Hiedi Best<br>19 East 108th Street, 4RE<br>New York, NY 10031 | Hiedi Best<br>19 East 108th Street, 4RE<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |
| Ryan Aiken<br>19 East 108th Street, 5FE<br>New York, NY 10031 | Ryan Aiken<br>19 East 108th Street, 5FE<br>New York, NY 10031 | Tenant Security<br>Deposit | $1,550 |

I, Howard Levi, president of Park Eastside Properties, Inc. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Creditors Holding 20 Largest Unsecured Claims** and that it is true and correct to the best of my information and belief.

Dated: January 3, 2010

          /s/ Howard Levi
          Howard Levi
          President

JPMorgan Chase Bank, N.A.                                          1
270 Park Avenue, 29th Floor
New York, NY 10017.

Capin & Associates Inc.                                           2
57 West 38th Street
New York, NY  10018

Donovan & Giannuzzi                                               3
261 Madison Avenue
New York, NY 10016

NYC Criminal Court                                                4
100 Centre Street
New York, NY  10013

Internal Revenue Service                                          5
110 W. 44th St.
New York, NY 10036

Norman Kaplan                                                     6
11 Great Neck Rd # 602
Great Neck, NY  11021

Christian Fletcher                                                7
19 East 108th Street, 1RW
New York, NY 10031

Wagner, Francis, Richman, Ackerman                               8
66 South Tyson Avenue
Floral Park,  NY 11001

Northfork / Capitol One                                          9
176 Broadway
New York, NY 10038

Consoladated Edison                                              10
Cooper Station
P.O. Box 138
New York, NY 10276

Clark & Wilkins                                                  11
1871 Park Avenue
New York, NY 10035

Flatiron 21 Associates, LLC                                     12
c/o Buchanan, Ingersoll, & Rooney. P.C.
1 Chase Manhattan Plaza, 36th Floor
New York, NY 10005

Veronica G. Lodrigueza                                              13
19 East 108th Street, 1FW
New York, NY 10031

Sean Robert Pierre                                                 14
19 East 108th Street, 3FE
New York, NY 10031

Stephanie Tigue                                                    15
19 East 108th Street, 3FW
New York, NY 10031

Angella Middleton                                                  16
19 East 108th Street, 1RE
New York, NY 10031

Scott Mckenzie                                                     17
19 East 108th Street, 2RW
New York, NY 10031

Michael Samuel                                                     18
19 East 108th Street, 3RW
New York, NY 10031

Hiedi Best                                                         19
19 East 108th Street, 4RE
New York, NY 10031

Ryan Aiken                                                         20
19 East 108th Street, 5FE
New York, NY 10031

Angus George Murray                                                21
19 East 108th Street, 4FW
New York, NY 10031

Andrew Jallosa                                                     22
7127 Myrtle Ave.
Glendale, NY 11385

Uptown Realty Operating Corp.                                      23
137 West 81st Street
New York, NY 10024

Adina Aldad                                                        24
27110 Grand Central Pkwy.
Floral Park, NY 11005

Issac SimanTov                                                     25
39 W. 37th St.
New York, NY 10018

Howard Levi                                                          26
19 East 108th Street, 1B
New York, NY 10031


Yair Levy                                                            27
19 Sinclair Drive
Great Neck, NY 11021


Tamara Cohen                                                         28
14 Nassau Drive
Great Neck, NY 11021


Arthur Harris                                                        29
25 Fifth Avenue, Apt. 2F
New York, NY 10005


Flatiron 21 Associates, LLC                                         30
c/o Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005


Capin & Associates Inc.                                             31
c/o Claude Castro, Esq.
355 Lexington Avenue
New York, NY 10017


Arthur Harris                                                       32
c/o Brian A Raphan, P.C.
7 Penn Plaza, 8th Floor
New York, NY 10001


JPMorgan Chase Bank, N.A.                                           33
c/o Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530


I, Howard Levi, president of Park Eastside Properties, Inc. named as the debtor in this
case, declare under penalty of perjury that I have read the foregoing **List of
Creditors**, containing all parties listed or to be listed on Schedules D, E, F, G and/or
H, and that it is true and correct to the best of my information and belief.


Dated: January 3, 2010


                    _____/s/ Howard Levi_____
                         Howard Levi
                            President