# United States Bankruptcy Court
## Southern District of New York

In re: <u>Park Eastside Properties, Inc. fka/ Downtown Realty Operating Corp.</u>   Case No. <u>10-10007 (REG)</u>
       Debtor   Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR THE DEBTORS

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 3,961.00 |
   | Prior to the filing of this statement I have received | $ 3,961.00 |
   | Balance Due | $ 0.00 |

2. $ 1,039.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    Howard Levi

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of petition, corporate resolutions, affidavits, and disclosures required at the time of filing.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Preparation and filing of Schedules or any post-petition legal services.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: <u>March 10, 2010</u>            <u>/ S.   Edward N. Gewirtz</u>
                                                         Edward N. Gewirtz
                                                         Bronstein, Gewirtz & Grossman, LLC
                                                         60 East 42nd Street, Suite 4600
                                                         New York, New York 10165
                                                         (212) 697-6484